United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 23, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-40596
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTONIO SALAS-JIMENEZ,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-901-ALL
---------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Antonio Salas-Jimenez (Salas) pleaded guilty to being found

in the United States after deportation and was sentenced to 30

months of imprisonment and two years of supervised release.  He

contends for the first time on appeal that the district court

erred by ordering him to cooperate in the collection of a DNA

sample as a condition of supervised release.  This claim is

dismissed for lack of jurisdiction because it is not ripe for

review.  See United States v. Riascos-Cuenu, 428 F.3d 1100, 1101-

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

02 (5th Cir. 2005), <u>petition for cert. filed</u> (Jan. 9, 2006) (No. 05-8662).

Salas contends that 8 U.S.C. § 1326(b) is unconstitutional and that this court should vacate his sentence and remand his case for resentencing to no more than two years in prison under 8 U.S.C. § 1326(a).  As he concedes, this contention is foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224, 235 (1998).

JUDGMENT AFFIRMED; APPEAL DISMISSED IN PART.